# United States District Court
## Violation Notice

**CVB Location Code:** M7

**Violation Number:** FBDW00I5
**Officer Name:** Scholz
**Officer No.:** 2233

FBDW00I5

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 08/16/2022 14:59
**Offense Charged:** FED 36 CFR 261.54D
**Place of Offense:** HOMESTAKE PASS

**Offense Description: Factual Basis for Charge**
VIOLATION OF STATE MOTOR VEHICLE CODE, OPERATION OF VEHICLE WITH WINDSHIELD OBSTRUCTED.

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**
**Last Name:** FOSTER
**First Name:** RINGO
**M.I.:** S

**Street Address:**
**City:**
**State:**
**Zip Code:**
**Date of Birth (mm/dd/yyyy):**

**Drivers License No.:**
**CDL:** ☐
**D.L. State:**
**Social Security No.:**

Adult ☐   Juvenile ☐   Sex ☐ M ☐ F
Race:   Hair:   Eyes:   Height:   Weight:

### VEHICLE
**VIN:**   CMV ☐

**Tag No.:** 179149A
**State:** MT
**Year:** 2002
**Make/Model:** CHEV/
**PASS** ☐
**Color:** BLU

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 65.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 95.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)

FBDW00I5

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on     08/16/2022     while exercising my duties as a law enforcement officer in the _____ District of _____

Pursuant to 16USC 551: On August 16, 2022 at 14:59 I, Patrol Captain Nick Scholz, conducted an extra patrol of Forest Road 222 on the Butte/Jefferson Ranger District within the Beaverhead Deerlodge National Forest. During this patrol in the Homestake area I observed a blue Sports Utility Vehicle (SUV) operate towards the Homestake exit with multiple cracks on the windshield obstructing the driver's view. I then pulled in behind the suspect vehicle and activated my emergency lights. The suspect vehicle pulled over and I contacted the driver. I identified the driver as Ringo FOSTER by his expired Alaska driver's license. I ran FOSTER through Jefferson County 911 and I was informed that FOSTER had a suspended driver's license in the state of Montana and multiple active warrants for his arrest. FOSTER was also unable to display current insurance on the vehicle he was operating. I then confirmed FOSTER's warrants through Jefferson County 911, placed FOSTER under arrest, and transported him to the Jefferson County Jail. I issued FOSTER a violation notice pursuant to 36CFR261.54d, operation of a motor vehicle in violation of state motor vehicle code to wit, operation of a motor vehicle while privileged to do so is suspended. I issued FOSTER a violation notice pursuant to 36CFR261.54d, operation of a motor vehicle in violation of state motor vehicle code to wit, failure to display valid insurance. I issued FOSTER a violation notice pursuant to 36CFR261.54d, operation of a motor vehicle in violation of state motor vehicle code to wit, operation of a motor vehicle with a windshield that obstructs the driver's view.

The foregoing statement is based upon:

☑ MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:     08/16/2022                    *Nicholas Scholz*
                 Date (mm/dd/yyyy)              Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:     _____
                 Date (mm/dd/yyyy)              U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;        PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;        CMV = Commercial vehicle involved in incident